# Third District Court of Appeal
## State of Florida

Opinion filed July 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0263
Lower Tribunal No. AH6TZVE
_____


**Christian Cardona,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Robin Faber, Judge.

Christian Cardona, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.